(April 29, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD YORE, Appellant.— Judgment,

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez, and Kupferman, JJ.